# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **ERIC DURBIN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| | ) **Case No. 2:18-CV-02633-** |
| | ) **JWL-KGG** |
| | ) |
| **ELIZABETH LAYTON CENTER** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW, on this 3rd day of September, 2019, Plaintiff Eric Durbin, appearing by and through his counsel of record, Reavey Law LLC, and Defendant Elizabeth Layton Center appearing by and through their counsel of record, Spencer Fane LLP, hereby notify the Court that this case should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear his or its own costs, expenses, and attorney's fees.

REAVEY LAW LLC
1600 Genessee, Suite 303
Kansas City, MO 64102
Telephone:     816-474-6300
Facsimile:     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

SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

By /s/Kevin C. Koc___
       Kevin C. Koc
   *Attorneys for Plaintiff*

By /s/Casey P. Murray
       Casey P. Murray
   *Attorneys for Defendant*